No. 77–216.   Tomko v. Teitelbaum, U. S. District Judge. Motion for leave to file petition for writ of prohibition and/or mandamus denied.

No. 77–324.   Hicklin et al. v. Orbeck, Commissioner, Department of Labor of Alaska, et al.   Appeal from Sup. Ct. Alaska.   Probable jurisdiction noted.

No. 77–39.   Pinkus, dba Rosslyn News Co., et al. v. United States.   C. A. 9th Cir.   Certiorari granted.

No. 77–240.   St. Paul Fire & Marine Insurance Co. et al. v. Barry et al.   C. A. 1st Cir.   Certiorari granted.

No. 77–335.   Oppenheimer Fund, Inc., et al. v. Sanders et al.   C. A. 2d Cir.   Certiorari granted.

No. 76–1789.   Rucker v. Bell, Attorney General, et al. C. A. 3d Cir.   Certiorari denied.

No. 76–1822.   Madonna v. United States; and

No. 76–1859.   Larca v. United States.   C. A. 2d Cir. Certiorari denied.   Reported below: 556 F. 2d 562.

No. 76–6801.   Hoover v. Smith, Correctional Superintendent.   C. A. 2d Cir.   Certiorari denied.

No. 76–6830.   Law v. Alabama.   Ct. Crim. App. Ala. Certiorari denied.

No. 76–6961.   Dudley v. Fogg, Correctional Superintendent.   C. A. 2d Cir.   Certiorari denied.